## WIDOW R. BARNABÉ, f. w c., *v.* MRS. S. SNAËR and HUSBAND.

Where defendants were sued jointly and answered jointly, and an appeal was granted to both, on a motion in open court, made in the name of both, by their counsel of record, and the counsel signed the bond of appeal, as principal, in the name of his client—*Held :* That such an appeal and such a bond is sufficient.

The Clerk's certificate to a record of appeal is good if stated as follows : " I do hereby certify that the foregoing fifty-six pages do contain a true and correct transcript of all the documents filed, testimony and evidence adduced and all the proceedings had upon the trial of the suit."

APPEAL from the Fifth District Court of New Orleans, *Eggleston,* J.    *Edward Bermudez,* for plaintiff.   *E. Filleul,* for defendants and appellants. On a motion to dismiss.

DUFFEL, J. The appellee asks the dismissal of the appeal on two grounds. " 1o. Because the appellant, being a married woman, should have been author-ized by her husband to appeal, and there is no evidence of record showing such authorization ; the bond of appeal has been signed neither by the wife nor her husband, but by the counsel of the wife in the name of both, which is insufficient ; 2o. Because the certificate of the Clerk as to the fullness of the transcript is not such as it should be under the law, &c."

*On the first point.* The defendants were sued jointly and answered jointly ; the appeal was granted to both, on a motion in open court, made in the name of both, by their counsel of record. The same counsel signed the bond of appeal, as principal, in the name of his clients.

Such an appeal and such a bond were held sufficient by this court. *Hill & Co.* v. *Tippett and wife,* 10 An. 554, *William's Executor* v. *Hood,* 11 An. 113.

*On the second point.* The objectionable part of the Clerk's certificate is in the following words : " I do hereby certify that the foregoing fifty-six pages do con-tain a true and correct transcript of all the documents filed, testimony and evidence adduced, and all the proceedings had upon the trial of the suit."

This language certainly conveys clearly to the mind the idea of a full and complete transcript of all the documents filed in the suit, and of all the evidence adduced by the parties on the trial, which is all that the law requires. C. P. 585, 586, 896 ; *Gordon* v. *Gordon,* 12 L. R. 671, *Whittmore* v. *Watts, Sheriff,* 7 R. R. 10.

Motion overruled.

LAND, J,, absent, concurred in this opinion.